1  CENTER FOR DISABILITY ACCESS
   Amanda Seabock, Esq., SBN 289900
2  Prathima Price, Esq., SBN 321378
3  Dennis Price, Esq., SBN 279082
   8033 Linda Vista Road, Suite 200
4  San Diego, CA 92111
   (858) 375-7385; (888) 422-5191 fax
5  amandas@potterhandy.com
6
   Attorneys for Plaintiff, BRIAN WHITAKER
7

8                  UNITED STATES DISTRICT COURT
9                 NORTHERN DISTRICT OF CALIFORNIA

10 | BRIAN WHITAKER,                          ) Case No.: 3:21-cv-07314-SK
11 |         Plaintiff,                       )
                                              ) **NOTICE OF SETTLEMENT AND**
12 |    v.                                    ) **REQUEST TO VACATE ALL**
                                              ) **CURRENTLY SET DATES**
13 | SOMA SLICE, LLC, a California Limited    )
   | Liability Company,                       )
14 |                                          )
   |         Defendants,                      )
15 |                                          )

16       The plaintiff hereby notifies the court that a provisional settlement has been
17 reached in the above-captioned case. The Parties would like to avoid any additional
18 expense while they focus efforts on finalizing the terms of the settlement and reducing it
19 to a writing. The plaintiff, therefore, applies to this Honorable Court to vacate all
20 currently set dates with the expectation that the settlement will be consummated within
21 the coming sixty (60) days, allowing for a Joint Stipulation for Dismissal with prejudice
22 as to all parties to be filed.

23
                            CENTER FOR DISABILITY ACCESS
24

25 Dated: December 23, 2021         /s/ Amanda Seabock
                                    Amanda Seabock
26                                  Attorney for Plaintiff
27

28